**Elissa M. Boyd, OSB No. 111679**
Email: eboyd@chartwelllaw.com
**Sean W. Carney, OSB No. 054550**
Email: scarney@chartwelllaw.com
The Chartwell Law Offices, LLP
7700 NE Parkway Drive, Ste. 215
Vancouver, WA 98662
Telephone:     (503) 886-8108
Facsimile:      (503) 961-7864

*Attorneys for Plaintiff Golden Bear Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| GOLDEN BEAR INSURANCE COMPANY,<br><br>           Plaintiff,<br>     v.<br><br>ACROPOLIS MCLOUGHLIN, INC. dba ACROPOLIS STEAKHOUSE, dba ACROPOLIS CLUB, and dba ACROPOLIS STEAK HOUSE PLUS, an Oregon corporation; and DIANE L. POLIZOS,<br><br>           Defendants. | Case No.: 3:24-cv-01861-IM<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Golden Bear Insurance Company ("Golden Bear") hereby provides this notice of dismissal of the above captioned matter, in its entirety, without prejudice.

In support of this Notice, Golden Bear states as follows:

1.    Fed. R. Civ. P. 41(a)(1)(A) provides that, subject to certain exceptions not applicable here, "the plaintiff may dismiss an action without a court order by filing…(i) notice

of dismissal before the opposing party serves either an answer or a motion for summary judgment."

2. No defendant has served an answer or motion for summary judgment in this action.

Accordingly, pursuant to this Notice of Dismissal, Fed. R. Civ. P. 41(a)(1)(A)(i) and Fed. R. Civ. P. 41(a)(1)(B), the above-captioned matter is dismissed without prejudice.

DATED this 15th day of November, 2024.

        THE CHARTWELL LAW OFFICES, LLP

        By /s/ Elissa M. Boyd
        **Elissa M. Boyd, OSB No. 111679**
        Email: eboyd@chartwelllaw.com
        **Sean W. Carney, OSB No. 054550**
        Email: scarney@chartwelllaw.com
        7700 NE Parkway Drive, Ste. 215
        Vancouver, WA 98662

        *Attorneys for Plaintiff Golden Bear Insurance Company*